UNITED STATES OF AMERICA,

        Plaintiff,

                              No.    1:05CR0260

vs.

RAYMOND WILLIAM ADAMS,
Also Known As "Ray-Ray,"               Hon    Robert Holmes Bell
RONALD ADAMS II,                                   Chief, U.S. District Judge
Also Known As "Bugs,"
ERIC BELCHER, and
HERBURT CARTER,
Also Known As "Cat" and "K,"          INDICTMENT

        Defendants.
_____/

The Grand Jury charges:

## COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Heroin)

Between on or about an unknown date in late 2004, and on or about October 16, 2005, in Antrim County, in the Southern Division of the Western District of Michigan, and elsewhere,

**RAYMOND WILLIAM ADAMS,
Also Known As "Ray-Ray,"
RONALD ADAMS II,
Also Known As "Bugs,"
ERIC BELCHER, and
HERBURT CARTER,
Also Known As "Cat" and "K,"**

defendants herein, did knowingly, intentionally, and unlawfully combine, conspire, confederate,

and agree together, and with other persons both known and unknown to the grand jury, to distribute and possess with intent to distribute heroin, a Schedule I controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Use, Carrying and Possession of Firearms During and in Furtherance of a Drug Trafficking Crime)

Beginning on or about an unknown date in June 2005, and continuing through August 2005, in Antrim County, in the Southern Division of the Western District of Michigan,

**RAYMOND WILLIAM ADAMS,
Also Known As "Ray-Ray,"**

used and carried a firearm, to wit: a Raven Arms, model MP-25, .25 caliber semiautomatic pistol, during and in relation to a drug trafficking crime, and possessed the Raven Arms, model MP-25, .25 caliber semiautomatic pistol and an SKS, 7.62 caliber rifle in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to distribute and possess with intent to distribute heroin, a Schedule I controlled substance, as charged in Count 1 of this Indictment, which is incorporated by reference.

18 U.S.C. § 924(c)(1)(A)(i)

## COUNT 3
(Felon in Possession of a Firearm)

On or about an unknown date in July 2005, in Antrim County, in the Southern Division of the Western District of Michigan,

**RONALD ADAMS II,
Also Known As "Bugs,"**

having been convicted of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Michigan, did knowingly possess a firearm, to wit: an SKS, 7.62 caliber rifle, in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 2

## COUNT 4
(Distribution of Heroin)

On or about October 11, 2005, in Antrim County, in the Southern Division of the Western District of Michigan, the defendant,

**HERBURT CARTER,
Also Known As ""Cat" and "K,"**

knowingly, intentionally and unlawfully distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 5
(Distribution of Heroin)

On or about October 13, 2005, in Antrim County, in the Southern Division of the Western District of Michigan, the defendant,

**HERBURT CARTER,**
**Also Known As ""Cat" and "K,"**

knowingly, intentionally and unlawfully distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 6
(Distribution of Heroin)

On or about October 14, 2005, in Antrim County, in the Southern Division of the Western District of Michigan, the defendant,

**HERBURT CARTER,
Also Known As ""Cat" and "K,"**

knowingly, intentionally and unlawfully distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 7
(Possession with Intent to Distribute Heroin)

On or about October 16, 2005, in Antrim County, in the Southern Division of the Western District of Michigan,

**RAYMOND WILLIAM ADAMS,
Also Known As "Ray-Ray,"
RONALD ADAMS II,
Also Known As "Bugs," and
HERBURT CARTER,
Also Known As "Cat" and "K,"**

did knowingly, intentionally and unlawfully possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARGARET M. CHIARA
United States Attorney

_____
BRIAN P. LENNON
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404