Prob12b
5/00

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*Probation Form 49, Waiver of Hearing is Attached*

February 28, 2012

Name of Offender: **RAYMOND WILLIAM ADAMS**          Docket Number: 1:05:CR:260-01

Name of Sentencing Judicial Officer:     The Honorable Robert Holmes Bell
                                         U.S. District Judge

Date of Original Sentence:     June 16, 2006

Original Offense:     Conspiracy to Distribute and Possess With Intent to Distribute Heroin
                      21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C)

Original Sentence:    84 months custody, 3 years supervised release. Special conditions: (1) financial disclosure; (2) no new credit; (3) substance abuse testing and treatment with co-pay; (4) no use/possession of alcohol; (5) reside outside the Eastern District for the first 12 months of supervision; (6) no association with drug users or possessors; (7) employed full-time; and (8) no association with felons. Special assessment $100.00 (paid).

Type of Supervision: Supervised Release     Date Supervision Commenced: January 20, 2012

## PETITIONING THE COURT

[x]     **To modify the conditions of supervision as follows:**

9.     The defendant shall reside for a period three (4) months at the Residential Reentry Center (RRC), 801 College Avenue, S.E., Grand Rapids, Michigan, with work release privileges and shall abide by the rules of that facility.

## CAUSE

Mr. Adams has recently violated the terms of his supervised release. On February 10, 2012, Mr. Adams submitted a urine sample which was confirmed positive for synthetic marijuana by Alere Laboratories on February 21, 2010. On February 23, 2012, when confronted by the undersigned officer, Mr. Adams acknowledged using synthetic marijuana on one occasion. On February 23, 2012, Mr. Adams signed a Drug Use Admission Statement acknowledging he used synthetic marijuana on or about January 25, 2012 .

To his benefit, Mr. Adams is working at securing his identification and is participating in his drug and alcohol testing.

The above-mentioned modification would let Mr. Adams remain in the community, allowing him to continue working to secure identification while searching for employment. He would also be able to continue to participate in Moral Reconation Therapy and substance abuse counseling while a resident of the Residential Reentry Center (RRC). It would further allow Mr. Adams the chance to secure appropriate housing and build pro-social community activities.

If Mr. Adams were to violate any other conditions of supervision, the conduct will be reported to the Court immediately and additional action will be recommended. It should be noted, Mr. Adams has cooperatively signed a waiver form allowing the Court to order this recommended modification without a formal hearing. The waiver has been attached for the Court's review.

Respectfully submitted,

/s/ Sarah M. Postema
Sarah M. Postema
U.S. Probation Officer
616-456-2945

Reviewed and Approved:  /s/ Mark A. Trowbridge, Sr.
Mark A. Trowbridge, Sr.
Supervising U.S. Probation Officer
616-456-2092

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[x] The Modification of Condition as Noted Above
[ ] Other

/s/ Robert Holmes Bell
The Honorable Robert Holmes Bell
U.S. District Judge

February 29, 2012
Date

Speical PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF MICHIGAN

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To add additional special conditions number nine (9), to read as follows:

    (9)    The defendant shall reside at the Residential Re-Entry Center in Grand Rapids, Michigan, for a period of three (4) months and shall abide by the rules and regulations of the program. The defendant shall receive work release at the direction of the probation officer.

Witness: _____  Signed: _____
Sarah M. Postema                    Raymond W. Adams
U.S. Probation Officer              Supervised Releasee

2 23 - 12
DATE