Prob12c
12/04

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Amended Petition for Warrant or Summons for Offender Under Supervision

November 29, 2012

Name of Offender:  **RAYMOND WILLIAM ADAMS**          Docket Number: 1:05:CR:260-01

Name of Sentencing Judicial Officer:   The Honorable Robert Holmes Bell
                                       U.S. District Judge

Date of Original Sentence:  June 16, 2006

Original Offense:   Conspiracy to Distribute and Possess With Intent to Distribute Heroin
                    21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C)

Original Sentence:  84 months custody, 3 years supervised release.  Special conditions: (1) financial disclosure; (2) no new credit; (3) substance abuse testing and treatment with co-pay; (4) no use/possession of alcohol; (5) reside outside the Eastern District for the first 12 months of supervision; (6) no association with drug users or possessors; (7) employed full-time; and (8) no association with felons.  Special assessment $100.00 (paid).

**February 29, 2012:** Special condition number (9) added by Your Honor allowing the defendant to be placed at the RRC for a period of four months as a result of use of synthetic marijuana.

**May 17, 2012**: Special condition number (10) added by Your Honor allowing the defendant to be placed on electronic monitoring in order to monitor employment while a resident of the RRC.

**June 1, 2012:**  Special condition number (9) modified by Your Honor allowing the defendant to be released from the RRC and condition (10) modified to allow for continued electronic monitoring.

Assistant U.S. Attorney: Brian P. Lennon                    Defense Attorney: Craig A. Frederick
<u>Type of Supervision: Supervised Release</u> Date            <u>Supervision Commenced: January 20, 2012</u>

Petition for Warrant or Summons  
for Offender Under Supervision

Page 2  
The Honorable Robert Holmes Bell  
**Re: RAYMOND WILLIAM ADAMS**  
November 29, 2012

**PETITIONING THE COURT**

**[ X ]    To issue a summons**

The probation officer believes the offender has violated the following conditions of supervision:

**VIOLATION NUMBER 1**

**General Condition:  "The defendant shall not commit another federal, state or local crime."**

On or about October 7, 2012, Mr. Adams did possess marijuana, in violation of MCL 333.7403, which is a misdemeanor punishable by 1 year imprisonment and/or a fine of $2,000.00.

**VIOLATION NUMBER 2**

**Standard Condition Number 7:  "The defendant shall  refrain  from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."**

On or about October 7, 2012, Mr. Adams did possess marijuana.

**VIOLATION NUMBER 3**

**General Condition:  "The defendant shall not commit another federal, state or local crime."**

On or about October 7, 2012, Mr. Adams did drive while his license was suspended, in violation of MCL 257.904, which is a misdemeanor punishable by 93 days imprisonment and/or a fine of $500.00.

**VIOLATION NUMBER 4**

**General Condition:  "The defendant shall not commit another federal, state or local crime."**

On or about October 7, 2012, Mr. Adams did hinder and oppose a police officer, in violation of MCL **750.479**, which is a **felony** punishable by 2 years imprisonment and/or a fine of **$2,000.00**.

**Supporting Evidence and Information for Violations 1 - 4**

On or about October 7, 2012, Mr. Adams was stopped by Wyoming, Michigan, Police Department for a minor traffic infraction while driving a moped. Mr. Adams reported having issues with his license and Law Enforcement Information Network confirmed Mr. Adams' license had been revoked on September 20, 2012.  Upon arrival of a second patrol car, Mr. Adams took off running. A foot pursuit ensued and Mr. Adams was eventually apprehended and forced at gunpoint to comply with verbal directives.  Upon search, a plastic baggie was found in Mr. Adams' right pants pocket that contained marijuana with an approximate weight of 58.80 grams.  The field test was positive for marijuana.  Mr. Adams reported to

the responding police officer the marijuana was for personal use and he knew he did not have a valid driver's license.

Mr. Adams appeared in 62A District Court of Wyoming, Michigan, on October 15, 2012, and pled guilty to all three new criminal charges. Mr. Adams was sentenced by the Honorable Steven M. Timmers to costs and fines of $200.00 on each charge.

**U.S. Probation Officer Recommendation:**

[X] The term of supervision should be
    [X] revoked

    I declare under penalty of perjury
    the foregoing is true and correct.

    Executed on  November 29, 2012

    /s/ Sarah M. Postema
    Sarah M. Postema
    U.S. Probation Officer
    616-456-2945

Reviewed and Approved:     /s/ Mark A. Trowbridge, Sr.
    Mark A. Trowbridge, Sr.
    Supervising U.S. Probation Officer
    616-456-2092

THE COURT ORDERS:

[ ] No Action
[X] To amend petition dated November 9, 2012
[ ] Other

    /s/ Robert Holmes Bell
    The Honorable Robert Holmes Bell
    U.S. District Judge

    November 29, 2012
    Date